**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARTHUR D'AMARIO III,                    )    No. CV 10-4688-CW
                                        )
                Petitioner,             )    JUDGMENT
                                        )
        v.                              )
                                        )
TERESER A. BANKS, et al.,               )
                                        )
                Respondent.             )
_____)

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed.

DATED: July 19, 2012

_____
        CARLA M. WOEHRLE
United States Magistrate Judge